IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHELLE LEIGH DODSON**                                                       **PLAINTIFF**

v.                                    No. 5:11-cv-206-DPM

**ALLEGIANCE BEHAVIORAL HEALTH
CARE LLC; and NEW DIRECTIONS B & S
LLC d/b/a Inspirations Outpatient Counseling
Center-Monticello d/b/a Inspirations d/b/a
Allegiance Health Management Inc.**                              **DEFENDANTS**

### ORDER

Dodson moves to extend her time to respond to the Defendants' summary judgment motion. *Document No. 11.* Dodson says she needs more time to complete discovery. Motion, *Document No. 11*, granted. Dodson's response is due by 12 July 2012.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2012