IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHELLE LEIGH DODSON                                          PLAINTIFF

v.                              Case No. 5:11-cv-206-KGB

ALLEGIANCE BEHAVIORAL HEALTH CARE, LLC,
NEW DIRECTIONS B&S, LLC,
d/b/a INSPIRATIONS OUTPATIENT COUNSELING
CENTER OF MONTICELLO d/b/a INSPIRATIONS and
ALLEGIANCE HEALTH MANAGEMENT, INC.                            DEFENDANTS

ORDER OF DISMISSAL

Plaintiff Michelle Leigh Dodson has informed the Court that she would like to dismiss this case with prejudice. Therefore, the Court finds that this case should be dismissed. The pending motion for summary judgment (Dkt. No. 8) is denied as moot.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the motion for summary judgment (Dkt. No. 8) is denied as moot.

SO ORDERED this the 20th day of August, 2012.

_____
Kristine G. Baker
United States District Judge